UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSHUA LERETTE,

Plaintiff,  CASE NO. 8:11-cv-00464-VMC-TBM

v.

SANTANDER CONSUMER USA,

   Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

JOSHUA LERETTE (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, SANTANDER CONSUMER USA (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By: /s/ James Pacitti
James D. Pacitti
FBN: 119768
Krohn & Moss, Ltd
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025
(323) 988-2400 x230
(866) 802-0021 (fax)
Email: jpacitti@consumerlawcenter.com

VOLUNTARY DISMISSAL

1